IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **JAMIE QUINN**, <br><br> *Defendant*. | CAUSE NO. 3:21-CR-89-CWR-FKB |

# ORDER

Before the Court is the United States' *Motion to Authorize Payment from Inmate Trust Account*. Docket No. 48. No response has been filed. Upon review, the motion will be granted.

On July 8, 2022, Defendant Jamie Quinn pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Docket No. 40. On October 14, 2022, this Court sentenced Quinn to a total of 51 months in prison (with credit for time served) and 36 months of supervised release. Docket No. 46. The Court also ordered Quinn to pay a $1,500 fine and a $100 special assessment. *Id*. Quinn is currently serving his sentence at the Federal Correctional Institution in Memphis, Tennessee. Docket No. 48. He has not made any payment toward the court-imposed monetary obligation. *Id*.

Pursuant to 18 U.S.C. § 3613, the Government requests that the Court authorize the Bureau of Prisons to turn over $1,300 from funds held in Quinn's inmate trust account

to the Clerk of Court. *Id*. These funds, the Government states, shall be used as payment toward Quinn's outstanding criminal monetary penalties. *Id*. As of February 23, 2023, Quinn maintained $1,999.44 in his account. *Id*.

The Court finds that the motion is well-taken. The Bureau of Prisons shall transfer $1,300 of Quinn's funds to the Clerk of Court as partial payment toward his fines.

**IT IS HEREBY ORDERED** that the United States' *Motion to Authorize Payment from Inmate Trust Account* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Bureau of Prisons shall turn over to the Unites States District Court, Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201, and the Clerk of Court shall accept, $1,300 in funds currently held in Quinn's inmate trust account.

**SO ORDERED**, this the 12th day of April, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE